Argued August 23, affirmed August 23, petition for rehearing
denied September 26, petition for review
denied November 21, 1972

STATE OF OREGON, *Respondent, v.* GERALD
CLAYTON SANFORD (No. 78699), *Appellant.*

500 P2d 277

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort,
Judges.

Affirmed from the bench.